THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUDSON WATKINS, Appellant. (Appeal No. 2.) [793 NYS2d 801]— Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered April 19, 2002. The judgment convicted defendant, upon a jury verdict, of petit larceny.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Watkins* (17 AD3d 1083

[2005]). Present—Green, J.P., Hurlbutt, Kehoe, Smith and Hayes, JJ.